# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130622

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERENCE STEVEN BRYANT,
a/k/a TERRANCE STEVEN BRYANT,
      Defendant-Appellant.

SC: 130622
COA: 263473
Oakland CC: 1999-169730-FC

_____/

On order of the Court, the application for leave to appeal the February 10, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

s0522